No. 2223. PEOPLE, APPELLEE, v. RIVERA, APPELLANT.—District Court of Arecibo. Violation of the Excise Tax Law. Decided March 26, 1924. Finding that it was proved that the

appellant had a still in his possession and custody as owner, the judgment was reversed.